IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:18-CV-12-GCM

| | |
|---|---|
| JAMES PARKS, ) | |
|       Plaintiff, ) | |
| v. ) | ORDER |
| ) | |
| LOUISIANA-PACIFIC CORPORATION, ) | |
|       Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Charles A. Stewart, III,** filed February 28, 2018 [doc. # 6].

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1 (B), Mr. Stewart is admitted to appear before this court *pro hac vice* on behalf of Defendant, Louisiana-Pacific Corporation.

**IT IS SO ORDERED.**

Signed: March 1, 2018

Graham C. Mullen
United States District Judge