IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILL DIVISION
5:18-cv-12-GCM

| JAMES PARKS, | |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| LOUISIANA-PACIFIC CORPORATION, | |
| Defendant. | |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Anne Yuengert,** filed January 15, 2019 (Doc. No. 31).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Ms. Yuengert is admitted to appear before this court *pro hac vice* on behalf of Defendant, Louisiana-Pacific Corporation.

**IT IS SO ORDERED.**

Signed: January 17, 2019

Graham C. Mullen
United States District Judge